UNITED STATES ex rel. John James PANNONE, Relator-Appellant, v. Laureat L. MARTINEAU, United States Immigration Inspector In Charge, Respondent-Appellee.

No. 61.

Circuit Court of Appeals, Second Circuit.
Nov. 15, 1937.

Robert H. Alcorn and Thomas R. Robinson, both of New Haven, Conn., for appellant.

Robert P. Butler, U. S. Atty., of Hartford, Conn., for appellant.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

---

Henry VEEDER v. The UNITED STATES of America and Michael L. Igoe.

No. 6280.

Circuit Court of Appeals, Seventh Circuit.
Sept. 11, 1937.

Samuel A. Ettelson, Edward C. Higgins, Carl J. Appell, and Erwin M. Treusch, all of Chicago, Ill., for appellant.

Michael L. Igoe, of Chicago, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

This cause coming on to be heard upon the motion of the appellant herein for the entry of an order dismissing the said cause, it appearing to the court that the appellees herein have not filed their appearances in this cause, and the court being fully advised in the premises, it is ordered that the said appeal be, and the same is hereby, dismissed without costs to either party, all costs to the date hereof having been paid by the said appellant.